**Ramon Romero FELIX, Petitioner**

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 07–60654

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 26, 2008.

Orlando Mondragon, El Paso, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Luis Garcia, Immigration & Customs Enforcement Chief Counsel's Office, El Paso, TX, for Respondent.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Ramon Romero Felix petitions this court for review of an order from the Board of Immigration Appeals (BIA). The BIA affirmed the Immigration Judge's decision granting the respondent's motion to pretermit Felix's request for a waiver of removal pursuant to former INA § 212(c) and ordering Felix removed from the United States. Felix contends that the BIA erred by determining that he was ineligible for relief pursuant to § 212(c). Specifically, he avers that he is entitled to § 212(c) relief because his sexual contact of a minor offense is comparable to a crime involving moral turpitude. Felix's arguments in support of his petition for review are foreclosed by our precedents. *See Vo v. Gonzales,* 482 F.3d 363 (5th Cir.2007); *Avilez–Granados v. Gonzales,* 481 F.3d 869, 871–72 (5th Cir.2007). Felix's petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

